O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLA CHEHADE, RANA CHEHADE, | Case No. CV 15-02219 DDP (JEMx) |
| Plaintiffs, | ORDER GRANTING MOTION TO DISMISS |
| v. | [DOCKET NUMBER 18] |
| JOHN KERRY, United States Secretary of State; et al., | |
| Defendants. | |

Having considered the submissions of the parties and heard oral argument, and Plaintiffs having failed to appear at the hearing, the court GRANTS Defendants' Motion to Dismiss for lack of subject matter jurisdiction. See Kerry v. Din, 135 S. Ct. 2128, 2140-41 (2015) (Kennedy, J., concurring); Marks v. United States, 430 U.S. 188, 193 (1977).

IT IS SO ORDERED.

Dated: January 27, 2016

DEAN D. PREGERSON
United States District Judge